**Order entered February 8, 2023**



**In the**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00716-CR

**DIEGO ARMANDO HERNANDEZ-MUNOZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1976763-Q**

### ORDER

Before the Court is Valencia Bush's Motion to Withdraw as Counsel for appellant Diego Armando Hernandez-Munoz. Ms. Bush filed her motion on January 11, 2023, the day after we issued our opinion affirming Mr. Hernandez-Munoz's conviction.

Ms. Bush asks to withdraw because she "filed a brief that does not present a point of error in favor of Appellant or arguable ground for relief." But Ms. Bush did not file a brief that complies with the requirements of *Anders v. California*, 386

U.S. 738 (1967). *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014); *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978). Rather, Ms. Bush filed a brief presenting a single issue for our review, based on non-reversible error.

Moreover, the record does not reflect Ms. Bush's compliance with the additional requirements outlined in *Kelly*. *See* 436 S.W.3d at 319–20. Indeed, nothing in either Ms. Bush's motion or the appellate record suggests Ms. Bush: (1) timely notified Mr. Hernandez-Munoz both that she had concluded his appeal was frivolous and that she intended to withdraw from representation; (2) informed Mr. Hernandez-Munoz of his right to file a pro se response before we submitted the case; (3) took concrete steps to facilitate Mr. Hernandez-Munoz's ability to review the record in order to timely file such a response; or (4) informed Mr. Hernandez-Munoz of his right to seek discretionary review in the Court of Criminal Appeals in the event we determined his appeal was frivolous. *See id.*

To the extent Ms. Bush's motion seeks leave to retroactively comply with *Anders*, we deny that request. Ms. Bush filed Mr. Hernandez-Munoz's brief on April 1, 2022, after receiving an extension of the March 20, 2022 deadline. Neither Ms. Bush nor the State requested oral argument, and we notified the parties on July 28, 2022, that we would submit the case without argument on October 4, 2022. We issued our opinion and judgment on January 10, 2023. At no point before then did

Ms. Bush attempt to comply with *Anders* and its progeny. She cannot do so now, after our opinion and judgment have issued. We **DENY** Ms. Bush's motion to withdraw.

/s/    CORY L. CARLYLE
         JUSTICE